Jerry L. Steering [State Bar No. 122509]
Brenton W. Aitken Hands [State Bar No. 308601]
LAW OFFICE OF JERRY L. STEERING
4063 Birch Street, Suite 100
Newport Beach, CA 92660
Telephone: (949) 474-1849
Facsimile: (949) 474-1883
jerrysteering@yahoo.com
brentonaitken@gmail.com

Attorneys for Plaintiff Thomas Perez

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS ANTHONY PEREZ,<br><br>   Plaintiff,<br><br>vs.<br><br>CITY OF FONTANA, DAVID JANUSZ, JEREMY HALE, RONALD KOVAL, ROBERT MILLER, JOANNA PINA, and DOES 1 through 10, INCLUSIVE,<br><br>Defendants. | Case No. No. 5:19-cv-01623-DMG (KKx)<br><br>PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, SUMMARY ADJUDICATION; DECLARATION OF COUNSEL<br><br>HEARING DATE:    MAY 5, 2023<br>TIME:    2:00 PM<br>CTRM:    8C<br><br>**UNITED STATES DISTRICT JUDGE DOLLY M. GEE** |

PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, SUMMARY ADJUDICATION; DECLARATION OF COUNSEL

i

# DECLARATION OF BRENTON HANDS IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT

I, Brenton Hands ("Brenton"), do hereby declare that the facts set forth herein are based upon my personal knowledge and on information and belief, and if called upon to testify I could do so competently:

1. I am an associate employed with the Law Office of Jerry Steering

2. Attached to this declaration are exhibits to Plaintiff's opposition to Defendants' motion for summary judgment. To the best of my knowledge, all exhibits are true and correct representations of the documents they purport to be.

3. Below is a list of the attached exhibits:

   (1) Exhibit 1 – Facebook Post re Missing Person: Thomas Perez Sr., from Official Fontana Police Department Facebook Page, dated 8-8-2018

   (2) Exhibit 2 – Police Report by Fontana PD Sergeant David Janusz, dated 8-31-2018.

   (3) Exhibit 3 - Police Report by Fontana PD Sergeant Jeremy Hale, dated 8-14-2018.pdf

   (4) Exhibit 4 – Search Warrant, Affidavit, and Return by Fontana PD Sergeant Jeremy Hale. Warrant dated 8-9-2018; Return filed with Court on 8-20-2018.

   (5) Exhibit 5 – Search Warrant and Affidavit by Fontana PD Sergeant Jeremy Hale. Warrant dated 8-8-18.

   (6) Exhibit 6 - Search Warrant and Affidavit by Fontana PD Detective Marcia Pineda. Warrant dated 8-9-18.

(7) Exhibit 7 – Police Report by Fontana PD Detective Robert Miller, dated 8-15-2018.pdf

(8) Exhibit 8 – Police Report by Fontana PD Officer Aimee Gregory, dated 8-23-2018

(9) Exhibit 9 – SBPD Crime Lab DNA Analysis Request by Fontana PD Detective Robert Miller.pdf

(10) Exhibit 10 - Search Warrant, Affidavit, and Return by Fontana PD Detective Robert Miller. Warrant dated 8-13-2018; Return filed with Court on 8-16-2018

(11) Exhibit 11 – Application to Commit Thomas Perez to Arrowhead Regional Medical Center pursuant to Welfare & Institutions Code § 5150, completed by Fontana PD Detective Robert Miller, dated 8-9-2018

(12) Exhibit 12 - Police Report by Fontana PD Officer Joanna Pina, dated 8-16-2018

(13) Exhibit 13 – Photographs of blood evidence taken by FPD Defendants and their agents in the FPD. These photographs were obtained from Defendants in discovery in this case. The filenames of the 18 photographs included in this exhibit, in order, are as follows:

- 180012770 0810 2018-08-15-0053.jpg
- 180012770 0810 2018-08-15-0054.jpg
- 180012770 0810 2018-08-15-0055.jpg
- 180012770 0810 2018-08-15-0057.jpg
- 180012770 0810 2018-08-15-0058.jpg
- 180012770 0810 2018-08-15-0059.jpg
- 180012770 0810 2018-08-15-0062.jpg
- 180012770 0810 2018-08-15-0128.jpg
- 180012770 0810 2018-08-15-0130.jpg
- 180012770 0810 2018-08-15-0131.jpg
- 180012770 0810 2018-08-15-0144.jpg
- 180012770 1122 2018-08-10-0098.jpg
- 180012770 1122 2018-08-10-0099.jpg
- 180012770 1122 2018-08-10-0100.jpg

- 180012770 1122 2018-08-10-0101.jpg
- 180012770 1122 2018-08-10-0102.jpg
- 180012770 1122 2018-08-10-0103.jpg
- 180012770 1122 2018-08-10-0104.jpg

(14) Exhibit 14 – Photographs of Plaintiff Thomas Perez's "injuries" after he was taken into custody by Defendants on 8-9-2018. Taken by FPD Defendants and agents of FPD Defendants at the FPD station. The filenames of the 14 photographs included in this exhibit, in order, are as follows:

- 180012770 1122 2018-08-10-0001.jpg
- 180012770 1122 2018-08-10-0002.jpg
- 180012770 1122 2018-08-10-0003.jpg
- 180012770 1122 2018-08-10-0004.jpg
- 180012770 1122 2018-08-10-0005.jpg
- 180012770 1122 2018-08-10-0006.jpg
- 180012770 1122 2018-08-10-0008.jpg
- 180012770 1122 2018-08-10-0009.jpg
- 180012770 1122 2018-08-10-0010.jpg
- 180012770 1122 2018-08-10-0012.jpg
- 180012770 1122 2018-08-10-0013.jpg
- 180012770 1122 2018-08-10-0014.jpg
- 180012770 1122 2018-08-10-0015.jpg
- 180012770 1122 2018-08-10-0178.jpg

(15) Exhibit 15 – Photographic exhibits to the Deposition of Plaintiff Thomas Perez, October 26, 2022. These photographs, which were first provided by defense counsel in Plaintiff's deposition, purport to show bloodstains on various surfaces throughout Mr. Perez's home, and Mr. Perez's home in a state of disarray. Although Mr. Perez disputes the authenticity of what the photos depict, the photos themselves are authentic reproductions of the exhibits defense counsel used in Mr. Perez's deposition.

(16) Exhibit 16 – Video of Interrogation of Plaintiff Thomas Perez at the Fontana Police Department, dated 8-9-2018. To be lodged with Court.

PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, SUMMARY ADJUDICATION; DECLARATION OF COUNSEL

3

(17) Exhibit 17 – Transcript of Interview with Plaintiff Thomas Perez at the Fontana Police Department, date 8-9-2018. Transcript prepared by FPD Defendants. This transcript has line and page numbers, but lacks time stamps.

(18) Exhibit 18 - Transcript of Interview with Plaintiff Thomas Perez at the Fontana Police Department, date 8-9-2018. Transcript prepared by Plaintiff, with the aid of transcription software. This transcript has line and page numbers, and also includes time stamps.

(19) Exhibit 19 - Police Report by Fontana PD Detective Justin Coillot, dated 8-13-2018

(20) Exhibit 20 – Signed declaration and report of Plaintiff's police practices expert witness Jeff Noble, dated 4-13-2023. Mr. Noble's report and curriculum vitae are attached as exhibits to his declaration.

(21) Exhibit 21 – Transcript of Deposition of Defendant Robert Miller, dated 11-2-2022

(22) Exhibit 22 - Transcript of Deposition of Defendant Joanna Pina, dated 11-2-2022

(23) Exhibit 23 -. Transcript of Deposition of Defendant Jeremy Hale, dated 10-21-2022

(24) Exhibit 24 - Transcript of Deposition of Defendant David Janusz, dated 10-20-2022

(25) Exhibit 25 - Transcript of Deposition of Defendant Ronald Koval, dated 11-15-2022

(26) Exhibit 26 - Transcript of Deposition of Kyle Guthrie, dated 2-14-2023

(27) Exhibit 27 - Transcript of Deposition of Carl Peraza, dated 2-15-2023

(28) Exhibit 28 - Body-worn camera video fragment from device worn by Sergeant Guthrie: Guthrie BWC Video 08-09-2018-19-51-34 at 00:30.

(29) Exhibit 29 – Body-worn camera video fragment from device worn by Sergeant Guthrie: Guthrie BWC Video 08-09-2018-20-45-05.mp4

(30) Exhibit 30 - Body-worn camera video fragment from device worn by Sergeant Guthrie: Guthrie BWC Video 08-09-2018-20-45-05.mp4

(31) Exhibit 31 - Body-worn camera video fragment from device worn by Sergeant Guthrie: Guthrie BWC video 2018-16-31-54.mp4

(32) Exhibit 32 – Body-worn camera video fragment from device worn by Sergeant Guthrie: Guthrie BWC Video 08-09-2018-16-21-52.mp4

(33) Exhibit 33 - Body-worn camera video fragment from device worn by Officer Pina: JoannaPina-08-08-2018-23-57-56-UTC.mp4

(34) Exhibit 34 - Audio fragment from device worn by Officer Pina: JoannaPina-08-08-2018-21-55-22-UTC-18-12770.m4a

(35) Exhibit 35 - Transcript of Body-worn camera video fragment from device worn by Sergeant Guthrie: Guthrie BWC video 2018-16-31-54.mp4.pdf

(36) Exhibit 36 – Transcript of Body-worn camera video fragment from device worn by Sergeant Guthrie: Guthrie BWC Video 08-09-2018-16-21-52.mp4.pdf

(37) Exhibit 37 - Transcript of Body-worn camera video fragment from device worn by Officer Pina: JoannaPina-08-08-2018-23-57-56-UTC.mp4.pdf

(38) Exhibit 38 - Transcript of Audio fragment from device worn by Officer Pina: JoannaPina-08-08-2018-21-55-22-UTC-18-12770.m4a.pdf

4. I declare under penalty of perjury under the laws of the United States of America that the above and foregoing is true and correct to the best of my knowledge.

This the 14th day of April 2023, at Newport Beach, California.

Date: April 14, 2023 _____/Brenton Hands_____
BRENTON HANDS
Attorney for Plaintiff