# Exhibit 11

**Financial Agreement:** I understand that I am to provide accurate and complete insurance and identification information. If I have health insurance, I agree to inform the hospital. I agree, whether I sign as an agent or patient, that in consideration of the services to be rendered to the patient, that I hereby individually obligate myself to pay the account of the hospital in accordance with the regular rates and terms of the hospital.

By signing this document I acknowledge and create a lien pursuant to Civil Code Section 2881 in favor of the County of San Bernardino for its services to the patient. Such lien shall apply against any recovery the patient may receive from a third party by settlement, judgment or otherwise, for any injuries for which the patient has or will receive medical care and treatment. The lien shall be a secured interest as to the County and shall be in addition to any liens under Gov. Code Sec. 23004.1 and Civil Code Sec. 3045.1.

I understand that all physicians and surgeons, including the radiologist, pathologist, emergency physician, anesthesiologist, and others, will bill separately for their services. If any account is referred to an attorney or collection agency for collection, I will pay actual attorneys' fees and collection expenses. All delinquent accounts shall bear interest at the legal rate, unless prohibited by law. I authorize the hospital, or collection agency or other entity contracting with the hospital, to obtain credit reports about me from national credit bureaus in connection with payment of my account.

**Assignment of Benefits:** I assign and authorize direct payment to the hospital of all insurance and health plan benefits payable for this hospitalization or for these outpatient services. I agree that the insurer or plan's payment to the hospital pursuant to this authorization shall discharge its obligations to the extent of such payment. I understand that I am financially responsible for charges not paid according to this assignment, to the extent permitted by state and federal law.

**Patient/Legal Representative (Please Print):** PEREZ,THOMAS ANTHONY

Date & Time: 8-9-2018 11:52:09 PM   Signature: _____

If signed by someone other than the patient, indicate relationship: SP

Witness: AGUILARM

| OFFICE USE ONLY |
| --- |
| *If patient or legal representative signature was not obtained, explain why below, sign and date (explanation).* |
| PATIENT IN HANDCUFFS UNABLE TO SIGN |
| Signature _____ Date _____ |
| Hospital Representative |

**ARROWHEAD REGIONAL MEDICAL CENTER**

**BEHAVIORAL HEALTH FINANCIAL AGREEMENT FOR TREATMENT OR ADMISSION**

PEREZ,THOMAS ANTHONY
V00011396142    M002272131
04/07/1965  53  M



REV. 07/2015                Page 1 of 1                
LGLALCA

State of California - Health and Human Services Agency | Department of Health Care Services

**APPLICATION FOR ASSESSMENT, EVALUATION, AND CRISIS INTERVENTION OR PLACEMENT FOR EVALUATION AND TREATMENT**

*Confidential Client/Patient Information*
See California W&I Code Section 5328 and HIPAA Privacy Rule 45 C.F.R. § 164.508

**PD HOLD**

ORIGINAL

Welfare and Institutions Code (W&I Code), Section 5150(f) and (g), require that each person, when first detained for psychiatric evaluation, be given certain specific information orally and a record be kept of the advisement by the evaluating facility.

**DETAINMENT ADVISEMENT**
My Name is R. MILLER FONTANA PD
I am a (Peace Officer, etc.) With (Name of Agency). You are not under criminal arrest, but I am taking you for examination by mental health professionals at (Name of Facility).

You will be told your rights by the mental health staff.

If taken in custody at his or her residence, the person shall also be told the following information.

[X] Advisement Complete    [ ] Advisement Incomplete

You may bring a few personal items with you, which I will have to approve. Please inform me if you need assistance turning off any appliance or water. You may make a phone call and leave a note to tell your friends or family where you have been taken.

Good Cause for Incomplete Advisement

| Advisement Completed By | Position | Language or Modality Used | Date of Advisement |
|---|---|---|---|
| R. MILLER | CORPORAL | ENGLISH | 08/09/18 |

FPD CASE # 18-12842                                   92535

Detention Date: 08/09/18  Time: 2256  Location: 17005 UPLAND AV FONTANA, CA

To (name of 5150 designated facility): ARROWHEAD REGIONAL MEDICAL CENTER BH

Application is hereby made for the assessment and evaluation of

| NAME (LAST, FIRST, MIDDLE) | AGE | DOB |
|---|---|---|
| PEREZ, THOMAS ANTHONY | 53 | 04/07/65 |

| ADDRESS | HOME PHONE | RACE | SEX | HAIR | EYES | HT | WT |
|---|---|---|---|---|---|---|---|
| 6338 ECHO HILLS LN FONTANA, CA 92336 | N/A | H | M | BLK | BRO | 5'00 | 140 |

Residing at: 6338 ECHO HILLS LN, FONTANA, California, for up to 72-hour assessment, evaluation and crisis intervention or placement for evaluation and treatment at a designated facility pursuant to Section 5150, et seq. (adult) or Section 5585 et seq. (minor), of the W&I Code. If a minor, authorization for voluntary treatment is not available and to the best of my knowledge, the legally responsible party appears to be / is: (Circle one) Parent; Legal Guardian; Juvenile Court under W&I Code 300; Juvenile Court under W&I Code 601/602; Conservator If known, provide names, address and telephone number:

The above person's condition was called to my attention under the following circumstances: SUBJECT REPORTED HIS FATHER AS A CRITICAL MISSING ADULT. THOMAS PEREZ SAID HE SUFFERED FROM DEPRESSION AND OTHER MENTAL DISORDERS

I have probable cause to believe that the person is, as a result of a mental health disorder, a danger to others, or to himself/herself, or gravely disabled because: (state specific facts) THOMAS ADMITTED TO BEING DIAGNOSED W/ MULTIPLE MENTAL DISORDERS AND REPEATEDLY SAID HE WANTED TO KILL HIMSELF TO DETECTIVES. HE WAS DETAINED AND TRANSPORTED FOR HIS SAFETY.

Based upon the above information, there is probable cause to believe that said person is, as a result of mental health disorder:
[X] A danger to himself/herself.   [ ] A danger to others.   [ ] Gravely disabled adult.   [ ] Gravely disabled minor.

Signature, title and badge number of peace officer, professional person in charge of the facility designated by the county for evaluation and treatment, member of the attending staff, designated members of a mobile crisis team, or professional person designated by the county.
FRASER 1160

Date: 08/09/18   Time: 2243   Phone: (909) 350-7740

Name of Law Enforcement Agency or Evaluation Facility/Person: **Fontana Police Department**
Address of Law Enforcement Agency or Evaluation Facility/Person: **17005 Upland Ave. Fontana, CA 92335**

NOTIFICATIONS TO BE PROVIDED TO LAW ENFORCEMENT AGENCY
Notify (officer/unit & telephone #): DETECTIVE R. MILLER / INVESTIGATIONS / (909) 350-7700
(909) 854-8448

NOTIFICATION OF PERSON'S RELEASE IS REQUESTED BY THE REFERRING PEACE OFFICER BECAUSE:
[X] The person has been referred to the facility under circumstances which, based upon an allegation of facts regarding actions witnessed by the officer or another person, would support the filing of a criminal complaint. NOT A PD HOLD  S.FERGUSON/1048  08-10-18

[ ] Weapon was confiscated pursuant to Section 8102 W&I Code. Upon release, facility is required to provide notice to the person regarding the procedure to obtain return of any confiscated firearm pursuant to Section 8102 W&I Code.

SEE REVERSE SIDE REFERENCES AND DEFINITIONS

DHCS 1801 (07/2014)    FPD 199 (REV. 02/2017)    Page 1 of 2

State of California – Health and Human Services Agency                              Department of Health Care Services

**APPLICATION FOR ASSESSMENT, EVALUATION, AND CRISIS INTERVENTION OR PLACEMENT FOR EVALUATION AND TREATMENT**

## REFERENCES AND DEFINITIONS

"Gravely Disabled" means a condition in which a person, as a result of a mental disorder, is unable to provide for his or her basic personal needs for food, clothing and shelter. SECTION 5008(h) W&I Code.

"Gravely Disabled Minor" means a minor who, as a result of a mental disorder, is unable to use the elements of life which are essential to health, safety, and development, including food, clothing, and shelter, even though provided to the minor by others. Intellectual disability, epilepsy, or other developmental disabilities, alcoholism, other drug abuse, or repeated antisocial behavior do not, by themselves, constitute a mental disorder. SECTION 5585.25 W&I Code.

"Peace Officer" means a duly sworn peace officer as that term is defined in Chapter 4.5 (commencing with Section 830) of Title 3 of Part 2 of the Penal Code who has completed the basic training course established by the Commission on Peace Officer Standards and Training, or any parole officer or probation officer specified in Section 830.5 of the Penal Code when acting in relation to cases for which he or she has a legally mandated responsibility. SECTION 5008(i) W&I Code.

Section 5152.1 W&I Code

The professional person in charge of the facility providing 72-hour evaluation and treatment, or his or her designee, shall notify the county mental health director or the director's designee and the peace officer who makes the written application pursuant to Section 5150 or a person who is designated by the law enforcement agency that employs the peace officer, when the person has been released after 72-hour detention, when the person is not detained, or when the person is released before the full period of allowable 72-hour detention if all of the conditions apply:

(a) The peace officer requests such notification at the time he or she makes the application and the peace officer certifies at that time in writing that the person has been referred to the facility under circumstances which, based upon an allegation of facts regarding actions witnessed by the officer or another person, would support the filing of a criminal complaint.

(b) The notice is limited to the person's name, address, date of admission for 72-hour evaluation and treatment, and date of release.

If a police officer, law enforcement agency, or designee of the law enforcement agency, possesses any record of information obtained pursuant to the notification requirements of this section, the officer, agency, or designee shall destroy that record two years after receipt of notification.

Section 5152.2 W&I Code

Each law enforcement agency within a county shall arrange with the county mental health director a method for giving prompt notification to peace officer pursuant to Section 5152.1 W&I Code.

Section 5585.50 W&I Code

The facility shall make every effort to notify the minor's parent or legal guardian as soon as possible after the minor is detained. Section 5585.50 W&I Code.

A minor under the jurisdiction of the Juvenile Court under Section 300 W&I Code is due to abuse, neglect, or exploitation.

A minor under the jurisdiction of the Juvenile Court under Section 601 W&I Code is due to being adjudged a ward of the court as a result of being out of parental control.

A minor under the jurisdiction of the Juvenile Court under Section 602 W&I Code is due to being adjudged a ward of the court because of crimes committed.

Section 8102 W&I Code (EXCERPTS FROM)

(a) Whenever a person who has been detained or apprehended for examination of his or her mental condition or who is a person described in Section 8100 or 8103, is found to own, have in his or her possession or under his or her control, any firearm whatsoever, or any other deadly weapon, the firearm or other deadly weapon shall be confiscated by any law enforcement agency or peace officer, who shall retain custody of the firearm or other deadly weapon.
"Deadly weapon," as used in this section, has the meaning prescribed by Section 8100.
(b)(1) Upon confiscation of any firearm or other deadly weapon from a person who has been detained or apprehended for examination of his or her mental condition, the peace officer ... ment agency shall issue a receipt describing the deadly weapon or any firearm and list... earm ... ile, transfer, or dest... as b... that provides the rec... Per... (2) If th... le of... ne procedure for the t... ay h... (3) Hea... nforcement agency upon release of the detained person, and shall make a notation... provided the required notice to the person regarding the procedure to obtain return of any confiscated firearm.

PEREZ, THOMAS ANTHONY
V00011396142   M002272131
04/07/1965  53   M 08/09/18

LGLALHLD

DHCS 1801 (07/2014)                                                                                                  Page 2 of 2