Jerry L. Steering [State Bar No. 122509]
Brenton W. Aitken Hands [State Bar No. 308601]
**LAW OFFICES OF JERRY STEERING**
4063 Birch Street, Suite 100
Newport Beach, California 92660
(949) 474-1849
jerrysteering@yahoo.com
brentonaitken@gmail.com
Attorneys for Plaintiff Thomas Anthony Perez

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THOMAS ANTHONY PEREZ, | ) Case No. 5:19-CV-01623-DMG (KKX) |
| | ) |
| | ) **NOTICE OF SETTLEMENT OF** |
| | ) **ACTION AND REQUEST FOR** |
| Plaintiff, | ) **ENLARGEMENT OF CASE DATES** |
| | ) **TO CONSUMATE SETTLEMENT** |
| | ) |
| vs. | ) PRE-TRIAL CONFERENCE DATE: |
| | ) |
| | )                FEBRUARY 6, 2024 |
| | ) |
| CITY OF FONTANA, DAVID | ) TIME:            2:00 PM |
| JANUSZ, JEREMY HALE, | ) |
| RONALD KOVAL, ROBERT | ) CTRM:            8C |
| MILLER, JOANNA PINA and DOES | ) TRIAL DATE:      MARCH 5, 2024 |
| 1 through 10, INCLUSIVE, | ) |
| | ) CTRM:            8C |
| Defendants. | ) |
| | ) TIME:            9:00 A.M. |
| | ) |
| | ) |
| | ) **UNITED STATES DISTRICT JUDGE** |
| | ) **DOLLY M. GEE** |

1

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

2

**PLEASE TAKE NOTICE** that the parties to this instant action have

3

reached a settlement of this case subject to the approval of the Fontana City

4

Council and their excess insurance carrier, Public Risk Innovation, Solutions, and

5

Management (PRISM).

6

Because the defendants to this action need to obtain the Approval of the

7

Fontana City Council and of its excess insurance carrier, Public Risk Innovation,

8

Solutions, and Management (PRISM) to settle this action, and due to the

9

availability of open City Council sessions and sessions for presentations of this

10

case for settlement with PRISM, the parties respectfully request that this

11

Honorable Court enlarge both the Pre-Trial Conference Date and the Trial Date in

12

this case for a period of 90 days.

13

14

15

                                                        LAW OFFICE OF JERRY L. STEERING

16

Dated: January 29, 2024        __/s/_ *Jerry L. Steering*_____

JERRY L. STEERING, ATTORNEY FOR

17

PLAINTIFF THOMAS ANTHONY
PEREZ, JR.

18

19

Dated: January 29, 2024        LYNBERG & WATKINS

20

                                            __/s/_ *S. Frank Harrell*_____

21

S. FRANK HARRELL, ATTORNEY FOR
DAVID JANUSZ, JEREMY HALE,

22

RONALD KOVAL, ROBERT MILLER,
JOANNA PINA

23

24

25

26

27

28