UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

## CIVIL MINUTES—GENERAL

| Case No. | ED CV 19-01623-DMG (KKx) | Date | January 31, 2024 |
|---|---|---|---|
| Title | *Thomas Anthony Perez v. City of Fontana, et al..* | Page | 1 of 1 |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KELLY DAVIS | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS—ORDER AND NOTICE TO ALL PARTIES**

In light of the Notice of Settlement and Request For Enlargement of Case Dates to Consumate Settlement filed on January 30, 2024, [122], indicating that the case has settled in its entirety and that the parties are finalizing their written settlement agreement, this action is placed in inactive status.  By April 29, 2024, the parties shall file either (1) a stipulation and proposed order for dismissal of the action or judgment, or (2) a motion to reopen if settlement has not been consummated.  Upon the failure to timely comply with this Order, this action shall be deemed dismissed as of April 30, 2024.

This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.  All other scheduled dates and deadlines are hereby VACATED.

IT IS SO ORDERED.